UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>Josie Harvey,<br><br>                Defendant. | Case No. MJI17-490<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)    Defendant has been charged by indictment with possession with intent to distribute. The detention hearing coincided with a Rule 5 status hearing as the charge comes from the District of Alaska. The Court received information about defendant's personal history, residence, family, community ties, employment opportunities, and financial status. The United States invoked the rebuttable presumption against the Defendant under 3142(e). The Defendant

DETENTION ORDER - 1

is viewed as a risk of nonappearance based on her failures to appear, substance use, mental health issues. The defendant is viewed as a risk of danger based on the nature of the instant offense, criminal history, and substance use.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding, transfer to Alaska; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of November, 2017.

PAULA L. MCCANDLIS
United States Magistrate Judge